Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−16027−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gianni N Spradley
   1007 North Oaks Blvd.
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9744

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 20, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 64
Order Granting Application for Extension of Loss Mitigation (Related Doc # 64). Loss Mitigation Period Extended to: 9/15/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/20/2018. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 20, 2018
JAN: kmf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gianni N Spradley  
    Debtor

Case No. 17-16027-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 20, 2018  
                   Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
lm          +Ditech Financial, LLC.,   1100 Virginia Drive,   Ste 100A,   Fort Wasington, PA 19034-3276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Alexandra T. Garcia     on behalf of Creditor     Ditech Financial LLC NJECFMAIL@mwc-law.com,  
         nj-ecfmail@ecf.courtdrive.com  
         Celine P. Derkrikorian     on behalf of Creditor     Ditech Financial LLC njecfmail@mwc-law.com  
         Herbert B. Raymond     on behalf of Debtor Gianni N Spradley bankruptcy123@comcast.net,  
         jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Kaitlyn R. Bernaski     on behalf of Creditor C/o Giaimo and Assoc    The Oaks at North Brunswick Condominuim Association, Inc. kbernaski@giaimoandassociates.com  
         Peter Joseph Rosa, I     on behalf of Creditor C/o Giaimo and Assoc    The Oaks at North Brunswick Condominuim Association, Inc. prosa@giaimoandassociates.com  
         Thomas Vincent Giaimo     on behalf of Creditor C/o Giaimo and Assoc    The Oaks at North Brunswick Condominuim Association, Inc. tgiaimo@giaimoandassociates.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 8