Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−16027−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gianni N Spradley
   1007 North Oaks Blvd.
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9744

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 18, 2018.

On 7/27/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:    September 5, 2018
Time:    10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 27, 2018
JAN: amg

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16027-CMG
Gianni N Spradley                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2018
                             Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db            +Gianni N Spradley,   1007 North Oaks Blvd.,   North Brunswick, NJ 08902-2150
cr            +C/o Giaimo and Assoc The Oaks at North Brunswick C,   97 E. River Road,   Rumson, NJ 07760-1625
cr            +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
lm            +Ditech Financial, LLC.,   1100 Virginia Drive,   Ste 100A,   Fort Wasington, PA 19034-3276
516934003      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516727765     +Convergent Outsourcing,   800 Sw 39th Street,   Renton, WA 98057-4975
516995471     +DIRECT TV, LLC,   4515 N. Santa Fe Ave.,   Oklahoma City, OK 73118-7901
516727766    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,   PO Box 9001069,   Louisville, KY 40290-1069)
516727768   ++++DITECH FINANCIAL, LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial, LLC,   332 Minnesota Street, Ste. 610,
               Saint Paul, MN 55101)
516992650      Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
               Carol Stream, IL  60197-5008
516727767     +Ditech Financial,   1100 Virginia Dr #100A,   Fort Washington, PA 19034-3276
516727770     +Midland Credit Management,   500 West 1st Street,   Hutchinson, KS 67501-5222
516727772      Pluese, Becker & Saltzman,   20000 Horizon Way, Ste. 900,   Mount Laurel, NJ 08054-4318
516727773     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516727774     +The Oaks at North Brunswick Condominium,   Attn: UBE, Inc.,   One Willow Pond Drive,
               Howell, NJ 07731-3085
516734522     +The Oaks at North Brunswick Condominium Associatio,   c/o Giaimo & Associates, LLC,
               97 E. River Road,   Rumson, New Jersey 07760-1625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:20:03     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:20:01     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516727764      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2018 23:19:59     Asset Acceptance,
               PO Box 2036,   Warren, MI 48090-2036
516727762     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2018 23:19:59     Asset Acceptance,
               PO Box 771,   Woodbury, NJ 08096-7771
516727763     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2018 23:19:59     Asset Acceptance,
               PO Box 771,   15 E. Centre Street,   Woodbury, NJ 08096-2415
516834644      E-mail/Text: bankruptcy.bnc@ditech.com Jul 27 2018 23:19:47
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516727769     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2018 23:19:33     Kohls/Capone,
               N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
516727771     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2018 23:20:01     Midland Credit Management,
               PO Box 939019,   San Diego, CA 92193-9019
516995958     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2018 23:20:01
               Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
               Warren MI 48090-2036
516731740     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 23:28:29     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516865828     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2018 23:28:04     Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 185             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
              Herbert B. Raymond    on behalf of Debtor Gianni N Spradley bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Kaitlyn R. Bernaski    on behalf of Creditor C/o Giaimo and Assoc  The Oaks at North Brunswick
               Condominuim Association, Inc. kbernaski@giaimoandassociates.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Peter Joseph Rosa, I    on behalf of Creditor C/o Giaimo and Assoc  The Oaks at North Brunswick
               Condominuim Association, Inc. prosa@giaimoandassociates.com
              Thomas Vincent Giaimo    on behalf of Creditor C/o Giaimo and Assoc  The Oaks at North Brunswick
               Condominuim Association, Inc. tgiaimo@giaimoandassociates.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```