| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711;<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond #HR-1379<br>Jeffrey M. Raymond<br>Kevin de Lyon<br>Attorneys for the Debtor(s)** | Order Filed on September 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>GIANNI SPRADLEY, DEBTOR(S) | Case No.: 17-16027 (CMG)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: CHRISTINE GRAVELLE |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: September 10, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Gianni Spradley, Debtor(s)

Case no.: 17-16027 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,850.00** for services rendered and expenses in the amount **$0.00** for a total of **$1,850.00**. The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.