Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.: 17−16027−CMG
                                        Chapter: 13
                                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gianni N Spradley
   1007 North Oaks Blvd.
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9744

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/3/19
Time:             10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 5, 2019
JAN: bwj

                                                  Jeanne Naughton
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-16027-CMG
Gianni N Spradley                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 05, 2019
                              Form ID: 132             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db             +Gianni N Spradley,    1007 North Oaks Blvd.,    North Brunswick, NJ 08902-2150
cr             +C/o Giaimo and Assoc The Oaks at North Brunswick C,    97 E. River Road,    Rumson, NJ 07760-1625
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3276
516934003       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516727765      +Convergent Outsourcing,    800 Sw 39th Street,    Renton, WA 98057-4927
516727766     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:    Directv,    PO Box 9001069,    Louisville, KY 40290-1069)
516727768    ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:    Ditech Financial, LLC,    332 Minnesota Street, Ste. 610,
                 Saint Paul, MN 55101)
516992650       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
516727767      +Ditech Financial,    1100 Virginia Dr #100A,    Fort Washington, PA 19034-3276
516727770      +Midland Credit Management,    500 West 1st Street,    Hutchinson, KS 67501-5222
516995958      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516727772       Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318
516727773      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516727774      +The Oaks at North Brunswick Condominium,    Attn: UBE, Inc.,    One Willow Pond Drive,
                 Howell, NJ 07731-3085
516734522      +The Oaks at North Brunswick Condominium Associatio,    c/o Giaimo & Associates, LLC,
                 97 E. River Road,    Rumson, New Jersey 07760-1625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516727764       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 06 2019 00:11:25      Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
516727762      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 06 2019 00:11:25      Asset Acceptance,
                 PO Box 771,    Woodbury, NJ 08096-7771
516727763      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 06 2019 00:11:25      Asset Acceptance,
                 PO Box 771,    15 E. Centre Street,    Woodbury, NJ 08096-2415
516995471      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2019 00:20:54      DIRECT TV, LLC,
                 4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
517753122       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56      DITECH FINANCIAL LLC,
                 DITECH FINANCIAL LLC,    P.O. BOX 6154,    RAPID CITY SD 57709-6154
516834644       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516727769      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 00:10:34      Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516727771      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 00:11:29      Midland Credit Management,
                 PO Box 939019,    San Diego, CA 92193-9019
516731740      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516865828      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2019 00:20:18      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Mar 05, 2019
                              Form ID: 132               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian     on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
              Herbert B. Raymond    on behalf of Debtor Gianni N Spradley bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              Kaitlyn R. Bernaski    on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
               Condominuim Association, Inc. kbernaski@giaimoandassociates.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Peter Joseph Rosa, I     on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
               Condominuim Association, Inc. prosa@giaimoandassociates.com
              Thomas Vincent Giaimo    on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
               Condominuim Association, Inc. tgiaimo@giaimoandassociates.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```