Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−16027−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gianni N Spradley
   1007 North Oaks Blvd.
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9744

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16027-CMG
Gianni N Spradley                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db            +Gianni N Spradley,    1007 North Oaks Blvd.,    North Brunswick, NJ 08902-2150
cr            +C/o Giaimo and Assoc The Oaks at North Brunswick C,    97 E. River Road,    Rumson, NJ 07760-1625
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
lm            +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3276
516727768    ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:  Ditech Financial, LLC,    332 Minnesota Street, Ste. 610,
                Saint Paul, MN 55101)
516727767     +Ditech Financial,    1100 Virginia Dr #100A,    Fort Washington, PA 19034-3276
516727770     +Midland Credit Management,    500 West 1st Street,    Hutchinson, KS 67501-5222
516995958     +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
516727772      Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318
516727773     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516727774     +The Oaks at North Brunswick Condominium,    Attn: UBE, Inc.,    One Willow Pond Drive,
                Howell, NJ 07731-3085
516734522     +The Oaks at North Brunswick Condominium Associatio,    c/o Giaimo & Associates, LLC,
                97 E. River Road,    Rumson, New Jersey 07760-1625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516727764      EDI: ACCE.COM May 24 2019 03:08:00      Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
516727762     +EDI: ACCE.COM May 24 2019 03:08:00      Asset Acceptance,    PO Box 771,
                Woodbury, NJ 08096-7771
516727763     +EDI: ACCE.COM May 24 2019 03:08:00      Asset Acceptance,    PO Box 771,   15 E. Centre Street,
                Woodbury, NJ 08096-2415
516934003      EDI: BL-BECKET.COM May 24 2019 03:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516727765     +EDI: CONVERGENT.COM May 24 2019 03:08:00      Convergent Outsourcing,    800 Sw 39th Street,
                Renton, WA 98057-4927
516995471     +EDI: AIS.COM May 24 2019 03:08:00      DIRECT TV, LLC,    4515 N. Santa Fe Ave.,
                Oklahoma City, OK 73118-7901
516727766      EDI: DIRECTV.COM May 24 2019 03:08:00      Directv,    PO Box 9001069,
                Louisville, KY 40290-1069
517753122      E-mail/Text: bankruptcy.bnc@ditech.com May 23 2019 23:43:19     DITECH FINANCIAL LLC,
                DITECH FINANCIAL LLC,    P.O. BOX 6154,    RAPID CITY SD 57709-6154
516992650      EDI: DIRECTV.COM May 24 2019 03:08:00      Directv, LLC,    by American InfoSource LP as agent,
                PO Box 5008,    Carol Stream, IL  60197-5008
516834644      E-mail/Text: bankruptcy.bnc@ditech.com May 23 2019 23:43:19
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516727769     +E-mail/Text: bncnotices@becket-lee.com May 23 2019 23:42:56      Kohls/Capone,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516727771     +EDI: MID8.COM May 24 2019 03:08:00      Midland Credit Management,    PO Box 939019,
                San Diego, CA 92193-9019
516731740     +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516865828     +EDI: AIS.COM May 24 2019 03:08:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3            User: admin                 Page 2 of 2                 Date Rcvd: May 23, 2019
                                Form ID: 148                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
          Herbert B. Raymond    on behalf of Debtor Gianni N Spradley herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
           mail.com
          Kaitlyn R. Bernaski    on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
           Condominuim Association, Inc. kbernaski@giaimoandassociates.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Peter Joseph Rosa, I    on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
           Condominuim Association, Inc. prosa@giaimoandassociates.com
          Thomas Vincent Giaimo    on behalf of Creditor C/o Giaimo and Assoc   The Oaks at North Brunswick
           Condominuim Association, Inc. tgiaimo@giaimoandassociates.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```